UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

DANIEL C RICHARDS
DEBORAH M RICHARDS
Debtor(s)

Case No. 08-14217

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 06/03/2008.

2)  The plan was confirmed on 09/04/2008.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/30/2009.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 07/23/2009.

5)  The case was converted on 04/27/2010.

6)  Number of months from filing to last payment: 17.

7)  Number of months case was pending: 23.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $4,390.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,250.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $12,250.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $932.49 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $666.14 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,598.63

Attorney fees paid and disclosed by debtor:        $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BMG MUSIC | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 20,081.33 | 20,081.33 | 20,081.33 | 5,257.10 | 1,810.49 |
| CAPITAL ONE BANK | Unsecured | 2,179.00 | 2,435.31 | 2,435.31 | 0.00 | 0.00 |
| CBUSA | Unsecured | 450.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 616.00 | 616.21 | 616.21 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 763.00 | 780.18 | 780.18 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 509.00 | 519.79 | 519.79 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 902.00 | 916.96 | 916.96 | 0.00 | 0.00 |
| FIRST NATIONAL BANK MARIN | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Secured | 10,000.00 | 10,000.00 | 10,000.00 | 2,686.96 | 896.82 |
| HSBC AUTO FINANCE | Unsecured | NA | 1,034.78 | 1,034.78 | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | 17,557.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL MEDICINE & FAMILY | Unsecured | 37.89 | NA | NA | 0.00 | 0.00 |
| MIDWEST RESPIRATORY | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 608.00 | 539.30 | 539.30 | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BK | Unsecured | 502.00 | 502.15 | 502.15 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 645.00 | 653.95 | 653.95 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 536.00 | 527.08 | 527.08 | 0.00 | 0.00 |
| PRAIRIE DENTAL LTD | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICE | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 15,374.00 | NA | NA | 0.00 | 0.00 |
| SCHOLASTIC | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CO | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SFC CENTRAL BANKRUPTCY | Unsecured | 886.00 | 799.11 | 799.11 | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 947.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS ADVANCE CARE | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,500.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $30,081.33 | $7,944.06 | $2,707.31 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$32,581.33** | **$7,944.06** | **$2,707.31** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,774.82** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,598.63 |
| Disbursements to Creditors | $10,651.37 |
| **TOTAL DISBURSEMENTS :** | **$12,250.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/03/2010                           By: /s/ Glenn Stearns
                                                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**